Division, First Department. October 25, 1912.) Action by Samuel Goldstein against Herman T. Mendelsohn. H. M. Phillips, of New York City, for appellant. A. Gruber, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 148 App. Div. 918, 133 N. Y. Supp. 1123; 135 N. Y. Supp. 1147.

GOTTHOFFER, Appellant, v. WEINSTEIN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Jacob Gotthoffer against Philip Weinstein and another. S. P. Goldman, of New York City, for appellant. J. Manheim, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GOUVERNEUR SLIP PIER WEST IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 18, 1912.) In the matter of the Gouverneur Slip Pier West in the City of New York. No opinion. Motion denied, with $10 costs. Order filed.

In re GREENBERG. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Joseph E. Greenberg. No opinion. Application granted. Settle order on notice. See, also, 136 N. Y. Supp. 1135.

HABERER, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Lena Haberer against the International Railway Company, impleaded with others. No opinion. Order affirmed, with costs.

HALL, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Emma L. Hall against Augustus H. Hall. C. C. Miller, of New York City, for appellant. J. H. Lecour, Jr., of New York City, for respondent. No opinion. Order reversed, and motion granted, without costs. Order filed. See, also, 150 App. Div. 688, 135 N. Y. Supp. 741.

HALL, Respondent, v. WHALE CREEK IRON WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Thomas F. Hall against the Whale Creek Iron Works.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $2,500, in which event the judgment, as so modified, and the order, are unanimously affirmed, without costs.

HAMMERSTAD, Respondent, v. NORWEGIAN NEWS CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Henry Hammerstad against the Norwegian News Company. No opinion. Judgment and order unanimously affirmed with costs. See, also, 136 N. Y. Supp. 1136.

HAMMOND, Respondent, v. UNION BAG & PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Clarence Hammond against the Union Bag & Paper Company. No opinion. Motion denied. See, also, 136 N. Y. Supp. 1024.

HARDENBROOK, Appellant, v. QUACKENBUSH et al., Respondents. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by Frank M. Hardenbrook against James L. Quackenbush and others. H. B. Salisbury, of New York City, for appellant. A. F. McCabe, of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs. Order filed. See, also, 135 N. Y. Supp. 1147.

HAYS et al., Respondents, v. MAIDEN LANE REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by William H. Hays and another against the Maiden Lane Realty Company. P. B. Olney, of New York City, for appellant. B. N. Cardozo, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

HEISCHOBER, Appellant, v. POLISHOOK, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Harry Heischober, an infant, etc., against Khiva Polishook. No opinion. Motion for reargument (of 136 N. Y. Supp. 567) denied, with costs.

HEISCHOBER, Appellant, v. POLISHOOK, Respondent. (Supreme Court, Appellate Division. Second Department. October 18, 1912.) Action by Harry Heischober, an infant, etc., against Khiva Polishook. No opinion. Motion granted, without costs. See, also, 137 N. Y. Supp. 1122.

HENDERSON, Respondent, v. REED, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Henry C. Henderson against William B. Reed. No opinion. Order affirmed, with $10 costs and disbursements.

HENDERSON, Appellant, v. SYRACUSE L. S. & N. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by James Henderson against the Syracuse, Lake Shore & Northern Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide